# PROCEEDING MEMO

**Date: 09/14/2023 01:30 pm**

**In re:   Diane M. Lavender**

                **Bankruptcy No. 20-21180-CMB**
                **Chapter: 13**
                **Doc. # 57**

**Appearances:   Roger Fay, Esq.**
                 **Franklin Robinson, Jr., Esq.**
                 **Owen Katz, Esq,**

**Nature of Proceeding: #57 Motion for Relief from the Automatic Stay and Request for Waiver of Fed. R. Bankr. P. 4001(a)(3) Stay by U.S. Bank National Association and Relief from Co-Debtor Stay    Jeffrey R. Marion Re: 1040 Universal Road, Pittsburgh, PA 15235**

**Additional Pleadings:  #60 Debtor's Response**

**Outcome: Hearing held. Attorney Robinson to file proposed order amending plan and resolving matter within 15 days.**

                **Carlota Böhm**
                **U.S. Bankruptcy Judge**

FILED
9/15/23 9:13 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA