IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

IN RE:

Case No. 20-21180-CMB

Diane M. Lavender fka Diane M. Marion

Chapter 13

Debtor(s).

## STIPULATED ORDER MODIFYING PLAN

WHEREAS, this matter is being presented to the Court regarding

*[ONLY PROVISIONS CHECKED BELOW SHALL APPLY]*:

☐    a motion to dismiss case or certificate of default requesting dismissal

☐    a plan modification sought by: _____

☒    a motion to lift stay
       as to creditor    US. Bank National Association, not in its individual capacity but solely
                                 as Trustee for Merrill Lynch First Franklin Mortgage Loan Trust, Mortgage
☐    Other:       Loan Asset-Backed Certificates, Series 2007-2

WHEREAS, the parties having agreed to settle the matter above conditioned on the terms herein, based on the records of the Court, and the Court being otherwise sufficiently advised in the premises; and there being no adverse impact upon other parties by way of this action, thus no notice is required to be given; now therefore

**IT IS HEREBY ORDERED** that the

*[ONLY PROVISIONS CHECKED BELOW SHALL APPLY]*

☐ Chapter 13 Plan dated _____
☐ Amended Chapter 13 Plan dated _____

is modified as follows:

*[ONLY PROVISIONS CHECKED BELOW SHALL APPLY]*

☒    Debtor(s) Plan payments shall be changed from $ 1,030.00 _____ to
       $ 1,293.00 _____ per Month ___, effective 10-1-2023 ___; and/or the Plan
       term shall be changed from ____ months to ____ months.

[04/22]                       -1-

☒ In the event that Debtor(s) fail(s) to make any future Chapter 13 Plan payments, the Trustee or a party in interest may file with the Court and serve upon Debtor(s) and Debtor(s)' Counsel a notice of default advising the Debtor(s) that they have 30 days from the service of the notice in which to cure any and all defaults in payments. If Debtor(s) fail(s) to cure the defaults in payments after having been provided notice under the provision of this Stipulated Order, then the Trustee or a party in interest may submit an Order of Dismissal to the Bankruptcy Court along with an affidavit attesting to a failure to make Plan payments, and the proceedings or case may thereafter be dismissed without prejudice and without further hearing or notice.

☐ Debtor(s) shall file and serve _____ on or before _____.

☐ If any of the foregoing is not completed by the date specified, the case may be dismissed without prejudice without further notice or hearing upon the filing by the Trustee of an Affidavit of Non-Compliance.

☐ If any of the foregoing is not completed by the date specified, the automatic stay as to the property described as _____ _____ may be lifted without further notice or hearing upon the filing by the Creditor herein of an Affidavit of Non-Compliance.

☒ Other: US Bank NA CL #4 governs following all NMPC of record

    **IT IS FURTHER ORDERED** that to the extent any creditor opposes the relief contained herein, such creditor must file an objection to the same within fourteen (14) days hereof. Should such an objection be timely filed, the Court shall conduct a *de novo* hearing regarding the appropriateness of this Stipulated Order. Should no objection be timely filed, this Stipulated Order shall be deemed final without further notice and/or opportunity for a hearing.

    **IT IS FURTHER ORDERED** that in all other respects, the Plan and Order Confirming Plan shall remain in full force and effect. The filing party represents to the Court that all affected parties have been notified.

*[Remainder of Page Intentionally Left Blank]*

[04/22]       -2-

**SO ORDERED**, this <u>28th</u> day of <u>September</u>, 202<u>3</u>

Dated: <u>9/28/2027</u>

_Carlota M. Böhm_ dmk
United States Bankruptcy Judge

Stipulated by:

Franklin L. Robinson, Jr., /s/
Counsel to Debtor

Stipulated by:

Owen Katz /s/
Counsel to Chapter 13 Trustee

Stipulated by:

Roger Fay /s/
Counsel to affected creditor - Roger Fay, Esq.

FILED
9/28/23 9:25 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

cc: All Parties in Interest to be served by Clerk

United States Bankruptcy Court

Western District of Pennsylvania

In re:   Case No. 20-21180-CMB

Diane M. Lavender   Chapter 13

    Debtor

# CERTIFICATE OF NOTICE

District/off: 0315-2     User: auto     Page 1 of 4

Date Rcvd: Sep 28, 2023     Form ID: pdf900     Total Noticed: 32

The following symbols are used throughout this certificate:
**Symbol     Definition**

+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++     Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4).

^     Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

##     Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 30, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Diane M. Lavender, 1040 Universal Road, Pittsburgh, PA 15235-3859 |
| 15226625 | ++ | COLLECTION SERVICE CENTER INC, 363 VANADIUM ROAD, STE 109, PITTSBURGH PA 15243-1477 address filed with court:, Collection Service Cen, P.O. Box 14931, Pittsburgh, PA 15234 |
| 15226629 | + | Deca Financial Services, 12175 Visionary Way, Fishers, IN 46038-3069 |
| 15226630 | + | Dollar Bank, 2700 Liberty Avenue, Pittsburgh, PA 15222-4700 |
| 15226634 | + | Lamont Hanley & Associates, 1138 Elm Street, Manchester, NH 03101-1531 |
| 15226639 | + | Professional Account Management In., P.O. BOX 391, Milwaukee, WI 53201-0391 |
| 15226640 | + | The Wilkinsburgh Penn Joint Water Author, 2200 Robinson Blvd, Pittsburgh, PA 15221-1193 |
| 15226641 | + | Trident Asset Management, 5755 N. Point Pkwy, Suite 12, Alpharetta, GA 30022-1136 |
| 15226644 | + | Wilkinsburg-Penn Joint Water Authority, 2200 Robinson Blvd, Wilkinsburg, PA 15221-1193 |

TOTAL: 9

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | Email/Text: RASEBN@raslg.com | Sep 29 2023 01:11:00 | U.S. Bank National Association,, Robertson, Anschutz, Schneid & Crane LLC, 10700 Abbotts Bridge Road, Suite 170, Duluth, GA 30097-8461 |
| 15226622 | + | Email/Text: EBNProcessing@afni.com | Sep 29 2023 01:14:00 | AFNI, Inc., 404 Brock Drive, Bloomington, IL 61701-2654 |
| 15226623 | | Email/Text: creditcardbkcorrespondence@bofa.com | Sep 29 2023 01:10:00 | Bank Of America, 4161 Piedmont Pkwy, Greensboro, NC 27410 |
| 15226624 | + | Email/Text: bankruptcy@clearviewfcu.org | Sep 29 2023 01:13:00 | Clearview Federal Cu, 8805 University Blvd, Moon Township, PA 15108-4212 |
| 15226626 | + | Email/Text: bankruptcy@firstenergycorp.com | Sep 29 2023 01:13:00 | Collection Service Cen, 839 5th Ave, New Kensington, PA 15068-6303 |
| 15226627 | + | Email/Text: commonwealth@ebn.phinsolutions.com | Sep 29 2023 01:11:00 | Commonwealth Financial Systems, 245 Main Street, Dickson City, PA 18519-1641 |
| 15226686 | + | Email/Text: ebnnotifications@creditacceptance.com | Sep 29 2023 01:10:00 | Credit Acceptance, 25505 W 12 Mile Rd, Ste 3000, Southfield MI 48034-8331 |
| 15250733 | + | Email/Text: kburkley@bernsteinlaw.com | Sep 29 2023 01:14:00 | Duquesne Light Company, c/o Bernstein-Burkley, P.C., 707 Grant St., Suite 2200, Gulf Tower, Pittsburgh, PA 15219-1945 |
| 15226631 | + | Email/Text: kburkley@bernsteinlaw.com | Sep 29 2023 01:14:00 | Duquesne Light Company, Payment Processing Center, Pittsburgh, PA 15267-0001 |
| 15226633 | + | Email/PDF: ais.fpc.ebn@aisinfo.com | Sep 29 2023 01:26:42 | First Premier, 601 S. Minnesota Ave, Suite 208, |

Case 20-21180-CMB    Doc 64    Filed 09/30/23    Entered 10/01/23 00:29:52    Desc Imaged
Certificate of Notice    Page 5 of 7

| District/off: 0315-2 | User: auto | Page 2 of 4 |
|---|---|---|
| Date Rcvd: Sep 28, 2023 | Form ID: pdf900 | Total Noticed: 32 |

| Recip ID | Bypass | Notice Type | Date/Time | Name and Address |
|---|---|---|---|---|
| | | | | Sioux Falls, SD 57104-4824 |
| 15236411 | | Email/PDF: resurgentbknotifications@resurgent.com | Sep 29 2023 03:14:58 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 15226635 | + | Email/Text: bankruptcydepartment@tsico.com | Sep 29 2023 01:14:00 | NCO Fin/99, P.O. Box 15636, Wilmington, DE 19850-5636 |
| 15226638 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Sep 29 2023 01:26:02 | Portfolio Recovery Associates, LLC, Riverside Commerce Center, 120 Corporate Blvd., Ste 100, Norfolk, VA 23502 |
| 15307677 | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Sep 29 2023 01:13:00 | Pennsylvania Department of Revenue, Bankruptcy Division PO Box 280946, Harrisburg, Pa. 17128-0946 |
| 15226636 | ^ | MEBN | Sep 29 2023 00:58:18 | People Gas, PO BOX 644760, Pittsburgh, PA 15264-4760 |
| 15226637 | ^ | MEBN | Sep 29 2023 00:58:21 | Peoples Natural Gas, P.O. Box 644760, Pittsburgh, PA 15264-4760 |
| 15230282 | + | Email/Text: ebnpeoples@grblaw.com | Sep 29 2023 01:11:00 | Peoples Natural Gas Company LLC, c/o S. James Wallace, P.C., 845 N. Lincoln Avenue, Pittsburgh, PA 15233-1828 |
| 15236234 | + | Email/Text: nsm_bk_notices@mrcooper.com | Sep 29 2023 01:11:00 | U.S. Bank National Association, ATTN: Bankruptcy Dept, PO Box 619096, Dallas, TX 75261-9096 |
| 15240413 | | Email/Text: BNCnotices@dcmservices.com | Sep 29 2023 01:12:00 | UPMC Health Services, PO Box 1123, Minneapolis, MN 55440-1123 |
| 15240414 | | Email/Text: BNCnotices@dcmservices.com | Sep 29 2023 01:12:00 | UPMC Physician Services, PO Box 1123, Minneapolis, MN 55440-1123 |
| 15226642 | + | Email/Text: EBankruptcy@UCFS.NET | Sep 29 2023 01:14:00 | United Consumer Financial, 865 Bassett Road, Weatlake, OH 44145-1194 |
| 15226643 | + | Email/Text: wfmelectronicbankruptcynotifications@verizonwireless.com | Sep 29 2023 01:10:00 | Verizon, 500 Technology Drive, Suite 300, Weldon Spring, MO 63304-2225 |
| 15247779 | | Email/PDF: ebn_ais@aisinfo.com | Sep 29 2023 01:48:15 | Verizon, by American InfoSource as agent, PO Box 4457, Houston, TX 77210-4457 |

TOTAL: 23

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | NATIONSTAR MORTGAGE LLC D/B/A MR. COOPER |
| cr | | U.S. Bank National Association, et al ... |
| cr | *+ | Duquesne Light Company, c/o Bernstein-Burkley, P.C., 707 Grant Street, Suite 2200, Gulf Tower, Pittsburgh, PA 15219-1945 |
| cr | *+ | Peoples Natural Gas Company LLC, c/o S. James Wallace, P.C., 845 N. Lincoln Ave., Pittsburgh, PA 15233-1828 |
| 15230380 | *+ | AFNI, Inc., 404 Brock Drive, Bloomington, IL 61701-2654 |
| 15230381 | *P++ | BANK OF AMERICA, PO BOX 982238, EL PASO TX 79998-2238, address filed with court:, Bank Of America, 4161 Piedmont Pkwy, Greensboro, NC 27410 |
| 15230383 | *P++ | COLLECTION SERVICE CENTER INC, 363 VANADIUM ROAD, STE 109, PITTSBURGH PA 15243-1477, address filed with court:, Collection Service Cen, P.O. Box 14931, Pittsburgh, PA 15234 |
| 15230382 | *+ | Clearview Federal Cu, 8805 University Blvd, Moon Township, PA 15108-4212 |
| 15230384 | *+ | Collection Service Cen, 839 5th Ave, New Kensington, PA 15068-6303 |
| 15226628 | *+ | Commonwealth Financial Systems, 245 Main Street, Dickson City, PA 18519-1641 |
| 15230385 | *+ | Commonwealth Financial Systems, 245 Main Street, Dickson City, PA 18519-1641 |
| 15230386 | *+ | Deca Financial Services, 12175 Visionary Way, Fishers, IN 46038-3069 |
| 15230387 | *+ | Dollar Bank, 2700 Liberty Avenue, Pittsburgh, PA 15222-4700 |
| 15230388 | *+ | Duquesne Light Company, Payment Processing Center, Pittsburgh, PA 15267-0001 |
| 15230389 | *+ | Escallate LLC, 5200 Stoneham Road, Suite 200, North Canton, OH 44720-1584 |
| 15230390 | *+ | First Premier, 601 S. Minnesota Ave, Suite 208, Sioux Falls, SD 57104-4824 |
| 15230391 | *+ | Lamont Hanley & Associates, 1138 Elm Street, Manchester, NH 03101-1531 |

Case 20-21180-CMB    Doc 64    Filed 09/30/23    Entered 10/01/23 00:29:52    Desc Imaged
Certificate of Notice    Page 6 of 7

| District/off: 0315-2 | User: auto | Page 3 of 4 |
|---|---|---|
| Date Rcvd: Sep 28, 2023 | Form ID: pdf900 | Total Noticed: 32 |

| 15230392 | *+ | NCO Fin/99, P.O. Box 15636, Wilmington, DE 19850-5636 |
|---|---|---|
| 15230395 | *P++ | PORTFOLIO RECOVERY ASSOCIATES LLC, PO BOX 41067, NORFOLK VA 23541-1067, address filed with court:, Portfolio Recovery Associates, LLC, Riverside Commerce Center, 120 Corporate Blvd., Ste 100, Norfolk, VA 23502 |
| 15230393 | *+ | People Gas, PO BOX 644760, Pittsburgh, PA 15264-4760 |
| 15230394 | *+ | Peoples Natural Gas, P.O. Box 644760, Pittsburgh, PA 15264-4760 |
| 15230396 | *+ | Professional Account Management In., P.O. BOX 391, Milwaukee, WI 53201-0391 |
| 15230397 | *+ | The Wilkinsburgh Penn Joint Water Author, 2200 Robinson Blvd, Pittsburgh, PA 15221-1193 |
| 15230398 | *+ | Trident Asset Management, 5755 N. Point Pkwy, Suite 12, Alpharetta, GA 30022-1136 |
| 15230399 | *+ | United Consumer Financial, 865 Bassett Road, Weatlake, OH 44145-1194 |
| 15230400 | *+ | Verizon, 500 Technology Drive, Suite 300, Weldon Spring, MO 63304-2225 |
| 15230401 | *+ | Wilkinsburg-Penn Joint Water Authority, 2200 Robinson Blvd, Wilkinsburg, PA 15221-1193 |
| 15226632 | ##+ | Escallate LLC, 5200 Stoneham Road, Suite 200, North Canton, OH 44720-1584 |

TOTAL: 2 Undeliverable, 25 Duplicate, 1 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 30, 2023         Signature:    /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 28, 2023 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Bernadette Irace | on behalf of Creditor U.S. Bank National Association  birace@milsteadlaw.com, bkecf@milsteadlaw.com |
| Brian Nicholas | on behalf of Creditor NATIONSTAR MORTGAGE LLC D/B/A MR. COOPER bnicholas@kmllawgroup.com |
| Brian Nicholas | on behalf of Creditor U.S. Bank National Association  et al ... bnicholas@kmllawgroup.com |
| Charles Griffin Wohlrab | on behalf of Creditor U.S. Bank National Association  bkecf@friedmanvartolo.com, cwohlrab@ecf.courtdrive.com |
| Christopher A. DeNardo | on behalf of Creditor U.S. Bank National Association  logsecf@logs.com |
| David Neeren | on behalf of Creditor U.S. Bank National Association  dneeren@rasnj.com |
| Denise Carlon | on behalf of Creditor U.S. Bank National Association  et al ... dcarlon@kmllawgroup.com |
| Franklin L. Robinson, Jr. | on behalf of Debtor Diane M. Lavender frobi69704@aol.com  flrlegal@excite.com;robinsonfr66530@notify.bestcase.com |
| Keri P. Ebeck | on behalf of Creditor Duquesne Light Company kebeck@bernsteinlaw.com jbluemle@bernsteinlaw.com;kebeck@ecf.courtdrive.com |
| Lorraine Gazzara Doyle | on behalf of Creditor U.S. Bank National Association  ldoyle@squirelaw.com, logsecf@logs.com |
| Office of the United States Trustee | ustpregion03.pi.ecf@usdoj.gov |
| Roger Fay | |

District/off: 0315-2  User: auto  Page 4 of 4
Date Rcvd: Sep 28, 2023  Form ID: pdf900  Total Noticed: 32

| | |
|---|---|
| | on behalf of Creditor U.S. Bank National Association  rfay@milsteadlaw.com, bkecf@milsteadlaw.com |
| Ronda J. Winnecour | cmecf@chapter13trusteewdpa.com |
| S. James Wallace | on behalf of Creditor Peoples Natural Gas Company LLC ecfpeoples@grblaw.com  PNGbankruptcy@peoples-gas.com |

TOTAL: 14