# PROCEEDING MEMO

**Date: 07/11/2024 01:30 pm**

**In re:**  **Diane M. Lavender**

**Bankruptcy No. 20-21180-CMB**
**Chapter: 13**
**Doc. # 69**

**Appearances:** Brent Lemon, Esq.
Franklin Robinson, Esq.
Ronda Winnecour

**Nature of Proceeding:** # 69 Motion for Relief from Stay re: 1040 Universal Road, Pittsburgh, PA, 15235.

**Outcome:** Hearing held. Debtor has been caring for ailing family member. Debtor must start making full payments starting in August.

**Carlota Böhm**
**U.S. Bankruptcy Judge**

FILED
7/11/24 4:56 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA