**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

02/14/2025

IN RE:

| | |
|---|---|
| DIANE M. LAVENDER<br>1040 UNIVERSAL ROAD<br>PITTSBURGH, PA 15235<br>XXX-XX-6163          Debtor(s) | Case No. 20-21180 CMB<br><br>Chapter 13 |

## NOTICE OF CLAIMS FILED AND INTENTION TO PAY CLAIMS

NOTICE IS HEREBY GIVEN of claims filed and the intention of the Chapter 13 Trustee to pay the claims of creditors named below, in the amounts* and manner authorized by the terms and provisions of the confirmed Chapter 13 Plan, the order confirming the Plan, and applicable rules.

This Notice is filed as a courtesy, to inform all parties of the claims the Trustee has found in the case. This Notice does not seek authorization to pay claims, as that authorization already exists in the form of plan terms, applicable rules, and confirmation orders. Any party who objects to the allowance of a filed claim must file a formal objection to the claim itself, NOT an objection to this Notice.

This Notice should not be construed as altering the deadlines for filing objections to proofs of claim, as contained in the Federal Rules of Bankruptcy Procedure, the confirmed Chapter 13 Plan, or the order confirming the Chapter 13 Plan. Pursuant to 11 U.S.C. § 502 (a), the claims which have been filed as stated above will be deemed allowed for purposes of distribution and shall be paid unless the debtor or other party in interest has timely objected to the claim, and provided notice of the objection to the Trustee, prior to the claim being paid by the Trustee.

The following claim information is derived from one or more of the following sources: the debtor(s)' Chapter 13 Plan, proofs of claim, and the order confirming the plan. The list does not include claims which have been disallowed, withdrawn, or claims not provided for in the Chapter 13 Plan for which proofs of claim have not been filed. Some of the claims listed on the following pages may have already been fully or partially paid by the Trustee. To determine whether or not any payments have already been disbursed on a claim, please consult the Trustee's web site at www.13network.com.

*Unless the Chapter 13 Plan provides for a 100% payment of unsecured claims and is adequately funded to pay 100%, the actual percentage dividend which will be paid to the holders of allowed unsecured claims is not presently known. In accordance with the provisions of the Chapter 13 Plan and local rules, the amount and percentage dividend to

which unsecured creditors are entitled will be determined during the Trustee's final audit of this case.  An adjustment of the percentage to be paid to the unsecured creditors will be performed after the Trustee has calculated the actual amount of funds available for distribution to unsecured creditors, after determining the amounts needed to complete payments on the secured and priority claims.  Notwithstanding the fact that the final calculation will not be done until final audit, the Trustee will distribute funds to unsecured creditors, in accordance with the Chapter 13 Plan and Bankruptcy Code priorities, when and as funds allow.

/s/ RONDA J. WINNECOUR
RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

I herein certify that a copy of this notice was served upon the listed creditors of record of this date and the debtor(s) and debtor(s) attorney of record on this date by regular U.S. Mail, postage prepaid, at the address as it appears in the records hereof.

2/14/2025

/s/Trustee'sAdministrativAssistant
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

SEE NEXT PAGE FOR CLAIMS

**CLAIM RECORDS**

| Creditor | Claim Info | Cred Desc / Account |
|---|---|---|
| **BERNSTEIN BURKLEY PC**<br>601 GRANT ST - 9TH FL<br><br>PITTSBURGH, PA 15219 | Trustee Claim Number: 1  INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: DUQ LITE/PRAE | CRED DESC: NOTICE ONLY<br>ACCOUNT NO.: |
| **GRB LAW\*\***<br>C/O JEFFREY R HUNT ESQ - FOR PNG CO<br>525 WILLIAM PENN PLACE STE 3110<br>PITTSBURGH, PA 15219 | Trustee Claim Number: 2  INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: PEOPLES/PRAE | CRED DESC: NOTICE ONLY<br>ACCOUNT NO.: |
| **US BANK NA - TRUSTEE**<br>C/O NATIONSTAR MORTGAGE LLC\*<br>PO BOX 619094<br>DALLAS, TX 75261-9741 | Trustee Claim Number: 3  INT %: 0.00%<br>Court Claim Number: 4<br>CLAIM: 0.00<br>COMMENT: PMT/NTC\*DK4PMT-LMT\*BOA/SCH-PL\*BGN 5/20 | CRED DESC: MORTGAGE REGULAR PAYMEN<br>ACCOUNT NO.: 3523 |
| **AFNI**<br>P.O. BOX 3097<br><br>BLOOMINGTON, IL 61702 | Trustee Claim Number: 4  INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: NT ADR~DIRECTV/SCH | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 8543 |
| **CLEARVIEW FCU\*\***<br>8805 UNIVERSITY BLVD<br><br>MOON TWP, PA 15108-4212 | Trustee Claim Number: 5  INT %: 0.00%<br>Court Claim Number: 3<br>CLAIM: 21,666.26<br>COMMENT: AUTO/SCH\*AK VALLEY FCU\*INSUFF POD | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 3000 |
| **COLLECTION SERVICE CENTER INC**<br>832 5TH AVE - CORPORATE OFFICE<br>PO BOX 560<br>NEW KENSINGTON, PA 15068 | Trustee Claim Number: 6  INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: NT ADR~ALLEGHENY RDLGY/SCH | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: RL55 |
| **COLLECTION SERVICE CENTER INC**<br>832 5TH AVE - CORPORATE OFFICE<br>PO BOX 560<br>NEW KENSINGTON, PA 15068 | Trustee Claim Number: 7  INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: NT ADR~FORBES RGNL/SCH | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: X4PH |
| **COMMONWEALTH FINANCIAL SYSTEMS/NCC(\*)**<br>245 MAIN ST<br><br>DICKSON CITY, PA 18519 | Trustee Claim Number: 8  INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: EMP OF ALLEGHENY/SCH | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 30N1 |
| **COMMONWEALTH FINANCIAL SYSTEMS/NCC(\*)**<br>245 MAIN ST<br><br>DICKSON CITY, PA 18519 | Trustee Claim Number: 9  INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: EMP OF ALLEGHENY/SCH | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 44N1 |
| **DECA FINANCIAL SERVICE++**<br>10500 KINCAID DR<br>STE 150<br>FISHERS, IN 46037 | Trustee Claim Number: 10  INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: EMP OF ALLEGHENY/SCH | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 9919 |

| Creditor | Trustee Claim / Court Claim / Claim / Comment | Cred Desc / Account No. |
|---|---|---|
| **DECA FINANCIAL SERVICE++**<br>10500 KINCAID DR<br>STE 150<br>FISHERS, IN 46037 | Trustee Claim Number:11 INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: EMP OF ALLEGHENY/SCH | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 8333 |
| **DOLLAR BANK FSB(*)**<br>ATTN CONSUMER DEFAULT MANAGEMENT<br>PO BOX 3969<br>PITTSBURGH, PA 15230 | Trustee Claim Number:12 INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 7070 |
| **DUQUESNE LIGHT COMPANY(*)**<br>ATTN. LITIGATION COUNSEL<br>411 SEVENTH AVE<br>MAIL DROP 16-1<br>PITTSBURGH, PA 15219 | Trustee Claim Number:13 INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 2001 |
| **ESCALLATE LLC++**<br>5200 STONEHAM RD<br>STE 200<br>NORTH CANTON, OH 44720 | Trustee Claim Number:14 INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: EMP OF ALLEGHENY/SCH | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 8051 |
| **FIRST PREMIER BANK++**<br>601 SOUTH MINNESOTA AVE<br>SIOUX FALLS, SD 57104 | Trustee Claim Number:15 INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 0540 |
| **LAMONT HANLEY & ASSOC INC**<br>POB 179<br>MANCHESTER, NH 03105 | Trustee Claim Number:16 INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: NT ADR~BRISTOL WEST/SCH | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 5769 |
| **NCO FINANCIAL SERVICES++**<br>PO BOX 15636<br>WILMINGTON, DE 19850 | Trustee Claim Number:17 INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: PROGRESSIVE/SCH | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 7080 |
| **PEOPLES NATURAL GAS CO LLC***<br>ATTN BANKRUPTCY DEPARTMENT<br>375 NORTH SHORE DR<br>PITTSBURGH, PA 15212 | Trustee Claim Number:18 INT %: 0.00%<br>Court Claim Number:2<br>CLAIM: 2,313.45<br>COMMENT: | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 5559 |
| **PEOPLES NATURAL GAS CO LLC***<br>ATTN BANKRUPTCY DEPARTMENT<br>375 NORTH SHORE DR<br>PITTSBURGH, PA 15212 | Trustee Claim Number:19 INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 6278 |
| **PEOPLES NATURAL GAS CO LLC***<br>ATTN BANKRUPTCY DEPARTMENT<br>375 NORTH SHORE DR<br>PITTSBURGH, PA 15212 | Trustee Claim Number:20 INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 4224 |

| Creditor | Trustee Claim / Court Claim | Claim / Comment | Cred Desc / Account |
|---|---|---|---|
| **PRA AG FUNDING LLC**<br>C/O PORTFOLIO RECOVERY ASSOC<br>120 CORPORATE BLVD STE 100<br>NORFOLK, VA 23502 | Trustee Claim Number: 21  INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: HOPE GAS/SCH | | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 2958 |
| **PITTSBURGH PARKING COURT**<br>C/O PROFESSIONAL ACCOUNT MGMNT LLC<br>POB 391<br>MILWAUKEE, WI 53201 | Trustee Claim Number: 22  INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: | | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 7295 |
| **WILKINSBURG-PENN JT WATER AUTH**<br>2200 ROBINSON BLVD<br>PITTSBURGH, PA 15221 | Trustee Claim Number: 23  INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: | | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 5098 |
| **TRIDENT ASSET MGMT++**<br>5755 NORTH POINT PKWY STE 12<br>ALPHARETTA, GA 30022 | Trustee Claim Number: 24  INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: BIG LOTS/SCH | | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 0418 |
| **UNITED CONSUMER FINANCIAL SRVS**<br>865 BASSETT ROAD<br>WESTLAKE, OH 44145 | Trustee Claim Number: 25  INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: | | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 6411 |
| **VERIZON BY AMERICAN INFOSOURCE AS AGEN**<br>PO BOX 4457<br>HOUSTON, TX 77210-4457 | Trustee Claim Number: 26  INT %: 0.00%<br>Court Claim Number: 8<br>CLAIM: 2,199.32<br>COMMENT: 8137/SCH*ACCT OPEN 11/15/16 | | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 0001 |
| **WILKINSBURG-PENN JT WATER AUTH**<br>2200 ROBINSON BLVD<br>PITTSBURGH, PA 15221 | Trustee Claim Number: 27  INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: | | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 5098 |
| **CREDIT ACCEPTANCE CORP***<br>ATTN: BANKRUPTCY DEPT*<br>25505 W 12 MILE RD STE 3000*<br>SOUTHFIELD, MI 48034-8339 | Trustee Claim Number: 28  INT %: 0.00%<br>Court Claim Number: 1<br>CLAIM: 9,686.58<br>COMMENT: NT/SCH*DFNCY BAL | | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 9470 |
| **US BANK NA - TRUSTEE**<br>C/O NATIONSTAR MORTGAGE LLC*<br>PO BOX 619094<br>DALLAS, TX 75261-9741 | Trustee Claim Number: 29  INT %: 0.00%<br>Court Claim Number: 4<br>CLAIM: 5,277.65<br>COMMENT: CL4GOV*$/CL-PL*BOA/SCH-PL*THRU 4/20 | | CRED DESC: MORTGAGE ARR.<br>ACCOUNT NO.: 3523 |
| **LVNV FUNDING LLC**<br>C/O RESURGENT CAPITAL SVCS<br>PO BOX 10587<br>GREENVILLE, SC 29603-0587 | Trustee Claim Number: 30  INT %: 0.00%<br>Court Claim Number: 5<br>CLAIM: 927.30<br>COMMENT: NT/SCH*SHERMAN/CREDIT ONE | | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 3685 |

| Creditor | Trustee/Court Claim | Claim/Comment | Cred Desc/Account |
|---|---|---|---|
| **ROBERTSON ANSCHUTZ SCHNEID ET AL**<br>BANKRUPTCY DEPARTMENT<br>6409 CONGRESS AVE STE 100<br>BOCA RATON, FL 33487 | Trustee Claim Number:31 INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: US BANK/PRAE | | CRED DESC: NOTICE ONLY<br>ACCOUNT NO.: |
| **UPMC PHYSICIAN SERVICES**<br>C/O DCM SERVICES/BANKRUPTCY<br>PO BOX 1123<br>MINNEAPOLIS, MN 55440 | Trustee Claim Number:32 INT %: 0.00%<br>Court Claim Number:6<br>CLAIM: 1,887.21<br>COMMENT: NT/SCH | | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 6163 |
| **UPMC HEALTH SERVICES**<br>C/O DCM SERVICES/BANKRUPTCY<br>PO BOX 1123<br>MINNEAPOLIS, MN 55440 | Trustee Claim Number:33 INT %: 0.00%<br>Court Claim Number:7<br>CLAIM: 3,903.74<br>COMMENT: NT/SCH | | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 6163 |
| **DUQUESNE LIGHT COMPANY(*)**<br>ATTN. LITIGATION COUNSEL<br>411 SEVENTH AVE<br>MAIL DROP 16-1<br>PITTSBURGH, PA 15219 | Trustee Claim Number:34 INT %: 0.00%<br>Court Claim Number:9<br>CLAIM: 1,156.41<br>COMMENT: NT/SCH | | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 4847 |
| **PA DEPARTMENT OF REVENUE***<br>BANKRUPTCY DIVISION<br>PO BOX 280946<br>HARRISBURG, PA 17128-0946 | Trustee Claim Number:35 INT %: 0.00%<br>Court Claim Number:10<br>CLAIM: 132.39<br>COMMENT: $/CL-PL*LATE | | CRED DESC: PRIORITY CREDITOR<br>ACCOUNT NO.: 3439 |
| **PA DEPARTMENT OF REVENUE***<br>BANKRUPTCY DIVISION<br>PO BOX 280946<br>HARRISBURG, PA 17128-0946 | Trustee Claim Number:36 INT %: 0.00%<br>Court Claim Number:10<br>CLAIM: 4.70<br>COMMENT: NT/SCH | | CRED DESC: UNSECURED/LATE FILED<br>ACCOUNT NO.: 3439 |
| **KML LAW GROUP PC***<br>701 MARKET ST STE 5000<br>PHILADELPHIA, PA 19106 | Trustee Claim Number:37 INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: NATIONSTAR~MR COOPER/PRAE | | CRED DESC: NOTICE ONLY<br>ACCOUNT NO.: |
| **ALDRIDGE PITE LLP**<br>3333 CAMINO DEL RIO SOUTH STE 225<br>SAN DIEGO, CA 92108 | Trustee Claim Number:38 INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: NATIONSTAR MORT/PRAE | | CRED DESC: NOTICE ONLY<br>ACCOUNT NO.: |