IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re: ) | Case No. 20-21180-CMB |
| Diane M. Lavender ) | Chapter 13 |
| ) | |
| Debtor(s) ) | Doc #_____ |
| Ronda J. Winnecour, Chapter 13 Trustee ) | |
| Movant(s) ) | |
| vs. ) | |
| Diane M. Lavender ) | |
| ) | |
| Respondent(s) ) | |

NOTICE OF HEARING ON MOTION OF TRUSTEE FOR DISMISSAL

[Not for publication by any newspaper creditor]

TO ALL PARTIES IN INTEREST:

Notice is hereby given pursuant to Bankruptcy Rule 1017 that the Trustee shall separately serve on the debtor(s) a Motion to Dismiss the Chapter 13 Case.

If no response is timely filed from any party of interest, the motion will be granted by default without a hearing. If a written response is timely filed, a hearing on the Trustee's motion will be held on July 23, 2025 at 1:30 p.m. before Judge Carlota Böhm in Courtroom B, 54th Floor, U.S. Steel Tower, 600 Grant Street, Pittsburgh, Pennsylvania. Unless otherwise ordered, parties may also appear for non-evidentiary matters remotely by utilizing the Zoom video conference platform ("Zoom"). To participate in the hearing via Zoom, use the following link no later than ten (10) minutes prior to your scheduled hearing time: https://www.zoomgov.com/j/16143800191. Alternatively, connect with Zoom by using the following Meeting ID: 161 4380 0191. ALL HEARING PARTICIPANTS ARE REQUIRED TO REVIEW AND COMPLY WITH THE ZOOM PROCEDURES, which can be found at: https://www.pawb.uscourts.gov/sites/default/files/pdfs/cmb-proc-videohrg.pdf. For questions regarding Zoom connection, contact Judge Böhm's Chambers at 412-644-4328.

Any party wishing to be heard at the hearing on the Trustee's Motion to Dismiss should file a written response on or before July 14, 2025.

| | |
|---|---|
| 6/27/25 <br> Date | /s/ Ronda J. Winnecour <br> Ronda J. Winnecour (PA I.D. #30399) <br> Attorney and Chapter 13 Trustee <br> U.S. Steel Tower – Suite 3250 <br> 600 Grant Street <br> Pittsburgh, PA  15219 <br> (412) 471-5566 <br> cmecf@chapter13trusteewdpa.com |