# PROCEEDING MEMO

**Date:** 10/08/2025 1:30 PM

**In re:** Diane M. Lavender

**Bankruptcy No.** 20-21180-CMB
**Chapter:** 13
**Doc. #** 93

**Appearances:** Franklin Robinson
Kate DeSimone

**Nature of Proceeding:** #93 Continued Hearing Re: Trustee's Motion To Dismiss

**Additional Pleadings:** #95 Response filed by Debtor

OUTCOME: The case is dismissed without prejudice.

Carlota Böhm
U.S. Bankruptcy Judge

SIGNED
10/8/25 3:47 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA