Form 309

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

IN RE:

| | | |
|---|---|---|
| **Diane M. Lavender** | : | Case No. 20−21180−CMB |
| **fka Diane M. Marion** | : | Chapter: 13 |
| *Debtor(s)* | : | |
| | : | |
| | : | |
| | : | |
| | : | |

## ORDER DISMISSING CASE WITHOUT PREJUDICE AND TERMINATING WAGE ATTACHMENT

  *AND NOW,* this ***The 8th of October, 2025,*** after notice and hearing and the Debtor(s) having failed to comply with the requirements of the *Bankruptcy Code*, the *Local Rules* of this Court and/or an Order of Court, it is hereby **ORDERED, ADJUDGED and DECREED** as follows:

  (1) The above−captioned case is **DISMISSED, without prejudice**. The Debtor(s) remain legally liable for all his/her/their debts as if the bankruptcy petition had not been filed. Creditor collection remedies are reinstated pursuant to *11 U.S.C. §349*. Creditors are directed to *11 U.S.C. §108(c)* for time limits on filing a lawsuit to collect. ***Generally, a creditor's lawsuit must be filed either before the time deadline imposed by state law for filing runs, or (30) thirty days after date of this Order, whichever is later.***

  (2) Each income attachment issued in this case is now terminated. So that each employer and entity subject to an attachment Order knows to stop the attachment, the Debtor(s) shall immediately serve a copy of this order on each such employer and entity.

  (3) The Court retains jurisdiction over the Trustee's Report of Receipts and Disbursements and Final Report and Account. Upon submission of the UST Form 13−FR−S: Chapter 13 Standing Trustee's Final Report and Account, the Trustee is discharged from her duties in this case and this case will be closed without further order of Court.

  (4) The Clerk shall give notice to all creditors of this dismissal.

*Carlota M. Böhm*, Judge
United States Bankruptcy Court

Case Administrators to serve:
All Creditors and All Parties In Interest

United States Bankruptcy Court

Western District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 20-21180-CMB |
| Diane M. Lavender | Chapter 13 |
| Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0315-2 | User: auto | Page 1 of 4 |
| Date Rcvd: Oct 08, 2025 | Form ID: 309 | Total Noticed: 34 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ++ | Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4). |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |
| ## | Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 10, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Diane M. Lavender, 1040 Universal Road, Pittsburgh, PA 15235-3859 |
| 15226625 | ++ | COLLECTION SERVICE CENTER INC, 363 VANADIUM ROAD, STE 109, PITTSBURGH PA 15243-1477 address filed with court:, Collection Service Cen, P.O. Box 14931, Pittsburgh, PA 15234 |
| 15226629 | + | Deca Financial Services, 12175 Visionary Way, Fishers, IN 46038-3069 |
| 15226632 | + | Escallate LLC, 5200 Stoneham Road, Suite 200, North Canton, OH 44720-1584 |
| 15226640 | + | The Wilkinsburgh Penn Joint Water Author, 2200 Robinson Blvd, Pittsburgh, PA 15221-1193 |
| 15226641 | + | Trident Asset Management, 5755 N. Point Pkwy, Suite 12, Alpharetta, GA 30022-1136 |
| 15226644 | + | Wilkinsburg-Penn Joint Water Authority, 2200 Robinson Blvd, Wilkinsburg, PA 15221-1193 |

TOTAL: 7

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | Email/Text: ecfbnc@aldridgepite.com | Oct 09 2025 00:08:00 | Nationstar Mortgage LLC, Wendy Locke ALDRIDGE PITE, LLP, 3333 Camino del Rio South, Suite 225, San Diego, CA 92108-3808 |
| cr | + | Email/Text: RASEBN@raslg.com | Oct 09 2025 00:08:00 | U.S. Bank National Association,, Robertson, Anschutz, Schneid & Crane LLC, 10700 Abbotts Bridge Road, Suite 170, Duluth, GA 30097-8461 |
| cr | + | Email/Text: nsm_bk_notices@mrcooper.com | Oct 09 2025 00:08:00 | U.S. Bank National Association, not in its individ, 8950 Cypress Waters Boulevard, Coppell, TX 75019-4620 |
| 15226622 | + | Email/Text: EBNProcessing@afni.com | Oct 09 2025 00:08:00 | AFNI, Inc., 404 Brock Drive, Bloomington, IL 61701-2654 |
| 15226623 | | EDI: BANKAMER | Oct 09 2025 04:02:00 | Bank Of America, 4161 Piedmont Pkwy, Greensboro, NC 27410 |
| 15226624 | + | Email/Text: bankruptcy@clearviewfcu.org | Oct 09 2025 00:08:00 | Clearview Federal Cu, 8805 University Blvd, Moon Township, PA 15108-4212 |
| 15226626 | + | Email/Text: bankruptcy@firstenergycorp.com | Oct 09 2025 00:08:00 | Collection Service Cen, 839 5th Ave, New Kensington, PA 15068-6303 |
| 15226627 | + | Email/Text: commonwealth@ebn.phinsolutions.com | Oct 09 2025 00:08:00 | Commonwealth Financial Systems, 245 Main Street, Dickson City, PA 18519-1641 |
| 15226686 | + | Email/Text: ebnnotifications@creditacceptance.com | Oct 09 2025 00:08:00 | Credit Acceptance, 25505 W 12 Mile Rd, Ste 3000, Southfield MI 48034-8331 |
| 15226630 | + | Email/Text: Bankruptcy@dollarbank.com | Oct 09 2025 00:08:00 | Dollar Bank, 2700 Liberty Avenue, Pittsburgh, PA 15222-4700 |
| 15250733 | + | Email/Text: kburkley@bernsteinlaw.com | | |

| Recip ID | | Notice Type | Date/Time | Name and Address |
|---|---|---|---|---|
| | | | Oct 09 2025 00:08:00 | Duquesne Light Company, c/o Bernstein-Burkley, P.C., 707 Grant St., Suite 2200, Gulf Tower, Pittsburgh, PA 15219-1945 |
| 15226631 | + | Email/Text: kburkley@bernsteinlaw.com | Oct 09 2025 00:08:00 | Duquesne Light Company, Payment Processing Center, Pittsburgh, PA 15267-0001 |
| 15226633 | + | EDI: AMINFOFP.COM | Oct 09 2025 04:02:00 | First Premier, 601 S. Minnesota Ave, Suite 208, Sioux Falls, SD 57104-4824 |
| 15236411 | | Email/PDF: resurgentbknotifications@resurgent.com | Oct 09 2025 00:29:43 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 15226635 | + | Email/Text: bankruptcydepartment@tsico.com | Oct 09 2025 00:08:00 | NCO Fin/99, P.O. Box 15636, Wilmington, DE 19850-5636 |
| 15226638 | | EDI: PRA.COM | Oct 09 2025 04:02:00 | Portfolio Recovery Associates, LLC, Riverside Commerce Center, 120 Corporate Blvd., Ste 100, Norfolk, VA 23502 |
| 15307677 | | EDI: PENNDEPTREV | Oct 09 2025 04:02:00 | Pennsylvania Department of Revenue, Bankruptcy Division PO Box 280946, Harrisburg, Pa. 17128-0946 |
| 15226636 | ^ | MEBN | Oct 09 2025 00:04:29 | People Gas, PO BOX 644760, Pittsburgh, PA 15264-4760 |
| 15226637 | ^ | MEBN | Oct 09 2025 00:04:27 | Peoples Natural Gas, P.O. Box 644760, Pittsburgh, PA 15264-4760 |
| 15230282 | + | Email/Text: ebnpeoples@grblaw.com | Oct 09 2025 00:08:00 | Peoples Natural Gas Company LLC, c/o S. James Wallace, P.C., 845 N. Lincoln Avenue, Pittsburgh, PA 15233-1828 |
| 15226639 | + | Email/Text: Correspondence@DuncanSolutions.com | Oct 09 2025 00:08:00 | Professional Account Management In., P.O. BOX 391, Milwaukee, WI 53201-0391 |
| 15236234 | + | Email/Text: nsm_bk_notices@mrcooper.com | Oct 09 2025 00:08:00 | U.S. Bank National Association, ATTN: Bankruptcy Dept, PO Box 619096, Dallas, TX 75261-9096 |
| 15240413 | | Email/Text: BNCnotices@dcmservices.com | Oct 09 2025 00:08:00 | UPMC Health Services, PO Box 1123, Minneapolis, MN 55440-1123 |
| 15240414 | | Email/Text: BNCnotices@dcmservices.com | Oct 09 2025 00:08:00 | UPMC Physician Services, PO Box 1123, Minneapolis, MN 55440-1123 |
| 15226642 | + | Email/Text: EBankruptcy@UCFS.NET | Oct 09 2025 00:08:00 | United Consumer Financial, 865 Bassett Road, Weatlake, OH 44145-1194 |
| 15226643 | + | EDI: VERIZONCOMB.COM | Oct 09 2025 04:02:00 | Verizon, 500 Technology Drive, Suite 300, Weldon Spring, MO 63304-2225 |
| 15247779 | | EDI: AIS.COM | Oct 09 2025 04:02:00 | Verizon, by American InfoSource as agent, PO Box 4457, Houston, TX 77210-4457 |

TOTAL: 27

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, \*duplicate of an address listed above, \*P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | NATIONSTAR MORTGAGE LLC D/B/A MR. COOPER |
| cr | | U.S. Bank National Association, et al ... |
| cr | *+ | Duquesne Light Company, c/o Bernstein-Burkley, P.C., 707 Grant Street, Suite 2200, Gulf Tower, Pittsburgh, PA 15219-1945 |
| cr | *+ | Peoples Natural Gas Company LLC, c/o S. James Wallace, P.C., 845 N. Lincoln Ave., Pittsburgh, PA 15233-1828 |
| 15230380 | *+ | AFNI, Inc., 404 Brock Drive, Bloomington, IL 61701-2654 |
| 15230381 | *P++ | BANK OF AMERICA, PO BOX 982238, EL PASO TX 79998-2238, address filed with court:, Bank Of America, 4161 Piedmont Pkwy, Greensboro, NC 27410 |
| 15230383 | *P++ | COLLECTION SERVICE CENTER INC, 363 VANADIUM ROAD, STE 109, PITTSBURGH PA 15243-1477, address filed with court:, Collection Service Cen, P.O. Box 14931, Pittsburgh, PA 15234 |
| 15230382 | *+ | Clearview Federal Cu, 8805 University Blvd, Moon Township, PA 15108-4212 |

| District/off: 0315-2 | User: auto | Page 3 of 4 |
|---|---|---|
| Date Rcvd: Oct 08, 2025 | Form ID: 309 | Total Noticed: 34 |

| | | |
|---|---|---|
| 15230384 | *+ | Collection Service Cen, 839 5th Ave, New Kensington, PA 15068-6303 |
| 15226628 | *+ | Commonwealth Financial Systems, 245 Main Street, Dickson City, PA 18519-1641 |
| 15230385 | *+ | Commonwealth Financial Systems, 245 Main Street, Dickson City, PA 18519-1641 |
| 15230386 | *+ | Deca Financial Services, 12175 Visionary Way, Fishers, IN 46038-3069 |
| 15230387 | *+ | Dollar Bank, 2700 Liberty Avenue, Pittsburgh, PA 15222-4700 |
| 15230388 | *+ | Duquesne Light Company, Payment Processing Center, Pittsburgh, PA 15267-0001 |
| 15230389 | *+ | Escallate LLC, 5200 Stoneham Road, Suite 200, North Canton, OH 44720-1584 |
| 15230390 | *+ | First Premier, 601 S. Minnesota Ave, Suite 208, Sioux Falls, SD 57104-4824 |
| 15230391 | *+ | Lamont Hanley & Associates, 1138 Elm Street, Manchester, NH 03101-1531 |
| 15230392 | *+ | NCO Fin/99, P.O. Box 15636, Wilmington, DE 19850-5636 |
| 15230395 | *P++ | PORTFOLIO RECOVERY ASSOCIATES LLC, PO BOX 41067, NORFOLK VA 23541-1067, address filed with court:, Portfolio Recovery Associates, LLC, Riverside Commerce Center, 120 Corporate Blvd., Ste 100, Norfolk, VA 23502 |
| 15230393 | *+ | People Gas, PO BOX 644760, Pittsburgh, PA 15264-4760 |
| 15230394 | *+ | Peoples Natural Gas, P.O. Box 644760, Pittsburgh, PA 15264-4760 |
| 15230396 | *+ | Professional Account Management In., P.O. BOX 391, Milwaukee, WI 53201-0391 |
| 15230397 | *+ | The Wilkinsburgh Penn Joint Water Author, 2200 Robinson Blvd, Pittsburgh, PA 15221-1193 |
| 15230398 | *+ | Trident Asset Management, 5755 N. Point Pkwy, Suite 12, Alpharetta, GA 30022-1136 |
| 15230399 | *+ | United Consumer Financial, 865 Bassett Road, Weatlake, OH 44145-1194 |
| 15230400 | *+ | Verizon, 500 Technology Drive, Suite 300, Weldon Spring, MO 63304-2225 |
| 15230401 | *+ | Wilkinsburg-Penn Joint Water Authority, 2200 Robinson Blvd, Wilkinsburg, PA 15221-1193 |
| 15226634 | ##+ | Lamont Hanley & Associates, 1138 Elm Street, Manchester, NH 03101-1531 |

TOTAL: 2 Undeliverable, 25 Duplicate, 1 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 10, 2025              Signature:         /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 8, 2025 at the address(es) listed below:**

**Name**              **Email Address**

Bernadette Irace
  on behalf of Creditor U.S. Bank National Association  birace@moodklaw.com, bkecf@milsteadlaw.com

Charles Griffin Wohlrab
  on behalf of Creditor U.S. Bank National Association  bkecf@friedmanvartolo.com, cwohlrab@ecf.courtdrive.com

Christopher A. DeNardo
  on behalf of Creditor U.S. Bank National Association  logsecf@logs.com

David Neeren
  on behalf of Creditor U.S. Bank National Association  dneeren@rasnj.com

Denise Carlon
  on behalf of Creditor NATIONSTAR MORTGAGE LLC D/B/A MR. COOPER dcarlon@kmllawgroup.com

Denise Carlon
  on behalf of Creditor U.S. Bank National Association  et al ... dcarlon@kmllawgroup.com

Franklin L. Robinson, Jr.
  on behalf of Debtor Diane M. Lavender frobi69704@aol.com  flrlegal@excite.com;robinsonfr66530@notify.bestcase.com

Keri P. Ebeck
  on behalf of Creditor Duquesne Light Company kebeck@bernsteinlaw.com

| | | |
|---|---|---|
| District/off: 0315-2 | User: auto | Page 4 of 4 |
| Date Rcvd: Oct 08, 2025 | Form ID: 309 | Total Noticed: 34 |

btemple@bernsteinlaw.com;aepiscopo@bernsteinlaw.com;kebeck@ecf.courtdrive.com;agilbert@bernsteinlaw.com

Lorraine Gazzara Doyle
    on behalf of Creditor U.S. Bank National Association  ldoyle@squirelaw.com, logsecf@logs.com

Mario J. Hanyon
    on behalf of Creditor U.S. Bank National Association  wbecf@brockandscott.com, mario.hanyon@brockandscott.com

Mario J. Hanyon
    on behalf of Creditor U.S. Bank National Association  not in its individual capacity but solely as Trustee for MERRILL LYN wbecf@brockandscott.com, mario.hanyon@brockandscott.com

Office of the United States Trustee
    ustpregion03.pi.ecf@usdoj.gov

Roger Fay
    on behalf of Creditor U.S. Bank National Association  rfay@alaw.net, bkecf@milsteadlaw.com

Ronda J. Winnecour
    cmecf@chapter13trusteewdpa.com

S. James Wallace
    on behalf of Creditor Peoples Natural Gas Company LLC ecfpeoples@grblaw.com  PNGbankruptcy@peoples-gas.com

TOTAL: 15