**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

| IN RE: | |
|---|---|
| DIANE M. LAVENDER | Case No.:20-21180 |
| Debtor(s) | |
| Ronda J. Winnecour<br>Movant<br>vs.<br>No Respondents. | Document No.: |

### TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS

Ronda J. Winnecour, Trustee for the above case, submits the following final report and account of the administration of the estate pursuant to 11 USC 1302 (b) (1).

   1. The case was filed on 04/02/2020 and confirmed on 07/02/2020. The case was subsequently (B)DISMISSED AFTER CONFIRMATION FUNDS TO DEBTOR

   2. The Trustee made the following disbursements.

| | | |
|---|---:|---:|
| Total Receipts | | 47,661.00 |
| Less Refunds to Debtor | 0.00 | |
| TOTAL AMOUNT OF PLAN FUND | | 47,661.00 |
| Administrative Fees | | |
|   Filing Fee | 0.00 | |
|   Notice Fee | 0.00 | |
|   Attorney Fee | 3,307.40 | |
|   Trustee Fee | 2,606.11 | |
|   Court Ordered Automotive Insurance | 0.00 | |
| TOTAL ADMINISTRATIVE FEES | | 5,913.51 |

| Creditor Type   Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---:|---:|---:|---:|
| **Secured** | | | | |
| US BANK NA - TRUSTEE<br>  Acct: 3523 | 0.00 | 41,747.49 | 0.00 | 41,747.49 |
| US BANK NA - TRUSTEE<br>  Acct: 3523 | 5,277.65 | 0.00 | 0.00 | 0.00 |
| | | | | 41,747.49 |
| **Priority** | | | | |
| FRANKLIN L ROBINSON JR ESQ<br>  Acct: | 0.00 | 0.00 | 0.00 | 0.00 |
| DIANE M. LAVENDER<br>  Acct: | 0.00 | 0.00 | 0.00 | 0.00 |
| FRANKLIN L ROBINSON JR ESQ<br>  Acct: | 3,315.00 | 3,307.40 | 0.00 | 0.00 |
| FRANKLIN L ROBINSON JR ESQ<br>  Acct: | 1,000.00 | 0.00 | 0.00 | 0.00 |
| PA DEPARTMENT OF REVENUE*<br>  Acct: 3439 | 132.39 | 0.00 | 0.00 | 0.00 |

\*\*\* N O N E \*\*\*

| 20-21180 | **TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS** | | | | Page 2 of 3 |
|---|---|---|---|---|---|
| Creditor Type | Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
| Unsecured | | | | | |
| | AFNI | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 8543 | | | | |
| | CLEARVIEW FCU** | 21,666.26 | 0.00 | 0.00 | 0.00 |
| | Acct: 3000 | | | | |
| | COLLECTION SERVICE CENTER INC | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: RL55 | | | | |
| | COLLECTION SERVICE CENTER INC | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: X4PH | | | | |
| | COMMONWEALTH FINANCIAL SYSTEMS/I | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 30N1 | | | | |
| | COMMONWEALTH FINANCIAL SYSTEMS/I | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 44N1 | | | | |
| | DECA FINANCIAL SERVICE++ | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 9919 | | | | |
| | DECA FINANCIAL SERVICE++ | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 8333 | | | | |
| | DOLLAR BANK FSB(*) | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 7070 | | | | |
| | DUQUESNE LIGHT COMPANY(*) | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 2001 | | | | |
| | ESCALLATE LLC++ | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 8051 | | | | |
| | FIRST PREMIER BANK++ | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 0540 | | | | |
| | LAMONT HANLEY & ASSOC INC | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 5769 | | | | |
| | NCO FINANCIAL SERVICES++ | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 7080 | | | | |
| | PEOPLES NATURAL GAS CO LLC* | 2,313.45 | 0.00 | 0.00 | 0.00 |
| | Acct: 5559 | | | | |
| | PEOPLES NATURAL GAS CO LLC* | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 6278 | | | | |
| | PEOPLES NATURAL GAS CO LLC* | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 4224 | | | | |
| | PRA AG FUNDING LLC | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 2958 | | | | |
| | PITTSBURGH PARKING COURT | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 7295 | | | | |
| | WILKINSBURG-PENN JT WATER AUTH | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 5098 | | | | |
| | TRIDENT ASSET MGMT++ | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 0418 | | | | |
| | UNITED CONSUMER FINANCIAL SRVS | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 6411 | | | | |
| | VERIZON BY AMERICAN INFOSOURCE AS | 2,199.32 | 0.00 | 0.00 | 0.00 |
| | Acct: 0001 | | | | |
| | WILKINSBURG-PENN JT WATER AUTH | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 5098 | | | | |
| | CREDIT ACCEPTANCE CORP* | 9,686.58 | 0.00 | 0.00 | 0.00 |
| | Acct: 9470 | | | | |
| | LVNV FUNDING LLC | 927.30 | 0.00 | 0.00 | 0.00 |
| | Acct: 3685 | | | | |
| | UPMC PHYSICIAN SERVICES | 1,887.21 | 0.00 | 0.00 | 0.00 |
| | Acct: 6163 | | | | |
| | UPMC HEALTH SERVICES | 3,903.74 | 0.00 | 0.00 | 0.00 |
| | Acct: 6163 | | | | |
| | DUQUESNE LIGHT COMPANY(*) | 1,156.41 | 0.00 | 0.00 | 0.00 |
| | Acct: 4847 | | | | |
| | PA DEPARTMENT OF REVENUE* | 4.70 | 0.00 | 0.00 | 0.00 |

| 20-21180 | **TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS** | | | | Page 3 of 3 |
|---|---|---|---|---|---|
| Creditor Type   Creditor Name | | Claim Amount | Prin Paid | Int Paid | Total Paid |
| Unsecured | | | | | |
| Acct: 3439 | | | | | |
| BERNSTEIN BURKLEY PC | | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | | |
| GRB LAW** | | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | | |
| ROBERTSON ANSCHUTZ SCHNEID ET AL | | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | | |
| KML LAW GROUP PC* | | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | | |
| ALDRIDGE PITE LLP | | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | | |

*** N O N E ***

| TOTAL PAID TO CREDITORS | | | 41,747.49 |
|---|---|---|---|

TOTAL CLAIMED
PRIORITY          132.39
SECURED         5,277.65
UNSECURED      43.744.97

Date: 01/15/2026

/s/ Ronda J. Winnecour
RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com